JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KOSTADINOS GIAKAS,                    )          Case No.  CV 09-8293-SJO (DTB)
                                      )
               Plaintiff,             )
                                      )
        vs.                           )          **J U D G M E N T**
                                      )
LOS ANGELES COUNTY                    )
SHERIFF, et al.,                      )
                                      )
               Defendants.            )
_____)

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

       April 21, 2011

DATED: _____

                          *S. James Otero*

                  _____

                  S. JAMES OTERO
                  UNITED STATES DISTRICT JUDGE